UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD DAHNKEN,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

No. C 13-2838 PJH

**JUDGMENT**

    The court having dismissed the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6),

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: February 6, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge